# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES FAULTRY,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LOPEZ,<br><br>　　　　Defendant.<br>_____/ | 1:12-cv-01176-AWI-SAB (PC)<br><br>FINDINGS AND RECOMMENDATIONS RECOMMENDING TO DISMISS THIS ACTION FOR FAILURE TO COMPLY WITH A COURT ORDER<br><br>(ECF No. 10)<br><br>(FOURTEEN-DAY DEADLINE) |

　　　Plaintiff Charles Faultry ("Plaintiff"), a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983, filed this action on July 18, 2012. (ECF No. 1.) On August 1, 2012, the Court issued an order for Plaintiff to submit an application to proceed in forma pauperis or pay the filing fee within forty-five (45) days. (ECF No. 3.) On November 28, 2012, the Court granted a thirty-day extension of time to submit an application to proceed in forma pauperis or pay the filing fee. (ECF No. 8.) On February 14, 2013, the Court issued an order to show cause with a thirty-day deadline as to why the action should not be dismissed for failure to comply with a court order. (ECF No. 10.) The Court's order cautioned Plaintiff that the failure to respond would result in the dismissal of this action, without prejudice.  More than thirty days has passed and Plaintiff has not responded to the Court's February 14, 2013 order.

　　　Accordingly, it is hereby RECOMMENDED that this action BE DISMISSED, without prejudice, for failure to comply with a court order.

　　　These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days**

1  after being served with these findings and recommendations, Plaintiff may file written objections
2  with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and
3  Recommendations."  Plaintiff is advised that failure to file objections within the specified time may
4  waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  IT IS SO ORDERED.

6  Dated:  **April 8, 2013**

UNITED STATES MAGISTRATE JUDGE